**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**EDDIE CHARLES PRESLEY**                                                                    **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 1:22-cv-00331-TBM-RPM**

**OFFICER UNKNOWN MATTHEWS**                                                    **DEFENDANT**

**FINAL JUDGMENT**

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the

Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by

reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED**

**WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 11th day of January, 2024.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**